UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14053  MAGISTRATE JUDGE LYNCH

18 U.S.C. § 2422(b)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD ANTHONY GRANDE, JR.,

    Defendant.

_____/

FILED by _____ D.C.
SEP 21 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

On or about August 14, 2006, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**RICHARD ANTHONY GRANDE, JR.,**

using a facility, a computer, and means of interstate commerce, that is, America Online, an internet service provider, did knowingly persuade, induce, entice and coerce an individual who had not attained the age of eighteen years, to engage in sexual activity under such circumstances as would constitute a criminal offense, and attempted to do so, in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

_____
FOREPERSON

_____
fo/ R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
BETH SREENAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RICHARD ANTHONY GRANDE, JR.

_____ Defendant _____

Court Division:
___ Miami    ___ Key West
___ FTL      ___ WPB  _X_ FTP

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s)           Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

06-14053

MAGISTRATE JUDGE

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days       _X_       Petty       ___
   II   6 to 10 days      ___       Minor       ___
   III  11 to 20 days     ___       Misdem.     ___
   IV   21 to 60 days     ___       Felony      _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ? ___ Yes _X_ No

_____
Beth Sreenan
**Assistant United States Attorney**
Florida Bar No. 0384844

Penalty Sheet(s) attached

REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO. 06-14053-CR-MOORE   MAGISTRATE JUDGE LYNCH

Defendant's Name: **RICHARD ANTHONY GRANDE, JR.**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Did knowingly use a computer to persuade, induce, entice and coerce a minor to engage in prohibited sexual conduct | 18:2422(b) | 5 - 30 years<br>$250,000 fine<br>SR: Up to Life |