AUSA Beth Sreenan

| UNITED STATES DISTRICT COURT | DISTRICT Southern District of Florida |
|---|---|
| UNITED STATES OF AMERICA vs. RICHARD ANTHONY GRANDE, JR. | DOCKET NO. 06-14053   MAGISTRATE CASE NO. MAGISTRATE JUDGE LYNCH |

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED
NAME: Richard Anthony Grande, Jr.    FBI NO: 495491X2
DOB: 07-23-1963        SSN: 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
ADDRESS: 2530 SW Damron St., Port St. Lucie, FL 34953
HEIGHT: 6' 02"         WEIGHT: 145 lbs
HAIR: Blonde           EYES: Hazel
RACE: White            SEX: Male
CUSTODY: St. Lucie County Jail, Fort Pierce, FL
BOOKING NO. 170305
AGENCY: FBI - SA Kristine Goetz

WARRANT ISSUED ON THE BASES OF:
___ Order of Court     **X** Indictment
___ Information        ___ Complaint

TO: U.S. MARSHALS SERVICE OR ANY OTHER AUTHORIZED FEDERAL AGENCY.

DISTRICT OF ARREST: SDFL
CITY:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Did knowingly persuade, induce, entice and coerce an individual who had not attained the age of eighteen years, to engage in sexual activity.

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
|  | 18 | 2422(b) |

BAIL FIXED BY COURT: Pretrial Detention
OTHER CONDITIONS OF RELEASE:

ORDERED BY: FRANK J. LYNCH, JR. UNITED STATES MAGISTRATE JUDGE
SIGNATURE (JUDGE/U.S. MAGISTRATE)
DATE: 9/21/06

CLERK OF COURT: CLARENCE MADDOX
(BY) DEPUTY CLERK
DATE ISSUED: 9/21/06

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED |  |  |

United States Judge or Judge of a State Court of Record

# **BOND RECOMMENDATION**

Defendant:   **RICHARD ANTHONY GRANDE, JR.**

$ _____*PTD*_____   (Surety, Recognizance, Corporate Surety, Cash) (Jail)
(On Bond) (Warrant) (Summons) (Marshals' Custody)

_____
Beth Sreenan
Assistant United States Attorney

Last Known Address:

Incarceration Facility:  St. Lucie County Jail, Fort Pierce, Florida

Agent: SA Kristine Goetz - FBI