### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

#### CASE NO. 06-14053-CR-MOORE/LYNCH

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**RICHARD ANTHONY GRANDE, JR.,**

      **Defendant.**

_____/



FILED by       D.C.

NOV - 8 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.O OF FLA.

#### REPORT AND RECOMMENDATION ON CHANGE OF PLEA

    **THIS CAUSE** having come on to be heard upon the Order of Reference from the District Court for this Court to conduct a proceeding for acceptance of a guilty plea by the Defendant in the above referenced case and this Court having conducted a change of plea hearing on November 8, 2006, this Court recommends to the District Court as follows:

    1.    On November 8, 2006, this Court convened a hearing to permit the Defendant to enter a change of plea in the aforementioned matter. At the outset of the hearing, this Court advised the Defendant of his right to have these proceedings conducted by the District Judge assigned to the case. Further, this Court advised the Defendant that this Court was conducting the change of plea hearing on an Order of Reference from the District Court and at the request of the Defendant, the Defendant's attorney and the Assistant United States Attorney assigned to this case. This Court further advised the Defendant that the District Judge assigned to this case would be the sentencing judge and would make all findings and rulings concerning the Defendant's sentence and would conduct a sentencing hearing at a time set by the District Court.

2.     This Court advised the Defendant that he did not have to permit the undersigned United States Magistrate Judge to conduct this hearing and could request that the change of plea hearing be conducted only by a United States District Judge.  The Defendant, the Defendant's attorney and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the change of plea hearing.

3.     This Court conducted a plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4.     There is a written plea agreement which had been entered into by the parties in this case.  This Court reviewed that plea agreement on the record and had the Defendant acknowledge that he signed the plea agreement.  This Court also made certain that the Defendant was aware of any minimum mandatory sentences and maximum sentences which could be imposed in this case pursuant to that plea agreement and the applicable statutes.

5.     The Defendant pled guilty to the one count Indictment in this case which charges the Defendant with knowingly using a computer to persuade, induce, entice, and coerce a minor to engage in prohibited sexual conduct in violation of Title 18, United States Code, Section 2422(b).

6.     The government stated a factual basis for the entry of the plea which included all of the essential elements of the crime to which the Defendant is pleading guilty and any sentencing enhancements and/or aggravating factors that may be applicable.   The government also announced the possible maximum penalties in respect to Count One of the Indictment.  The Defendant acknowledged that he understood these possible maximum

2

penalties which could be imposed in his case.

7.     Based upon all of the foregoing and the plea colloquy conducted by this Court, this Court recommends to the District Court that the Defendant be found to have freely and voluntarily entered his guilty plea to the Indictment as more particularly described herein and that the Defendant be adjudicated guilty of that offense.

8.     A pre-sentence investigation is being prepared for the District Court by the United States Probation Office and sentencing has been set for **Monday, March 5, 2007, at 10:30 a.m., at the United States District Courthouse, 300 South Sixth Street, Fort Pierce, Florida,** as previously set by the District Court.

**ACCORDINGLY,** this Court recommends to the District Court that the Defendant's plea of guilty be accepted, the Defendant be adjudicated guilty of the offense to which he has entered his plea of guilty and that a sentencing hearing be conducted for final disposition of this matter.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _____ day of November, 2006, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Beth Sreenan
Curtis Randolph, Esq.
U. S. Probation
U. S. Marshal