PROB 12B  
(SD/FL 9/96)  
SD/FL PACTS No. 90014

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 06-14053-CR-MOORE

**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Richard Anthony Grande, Jr.

Name of Sentencing Judicial Officer: The Honorable K. Michael Moore, United States District Judge, Miami, Florida

Date of Original Sentence: March 5, 2007, amended April 4, 2007

| | |
|---|---|
| Original Offense: | Using a computer to persuade, induce, entice, and coerce a minor to engage in prohibited sexual conduct, 18 U.S.C § 2422(b), a Class B felony |
| Original Sentence: | Sixty months custody of the Bureau of Prisons, fifteen years supervised release, $100.00 special assessment and $2,000.00 fine. Special Conditions: 1) The defendant shall register with the applicable sex offender registration agency as required by law; 2) The defendant shall submit to the U. S. Probation Officer conducting periodic unannounced examinations of the defendant's computer(s) equipment; 3) The defendant shall submit to a search of his person or property; 4) The defendant shall have no personal, mail, telephone, or computer contact with children/ minors under the age of 17; 5) The defendant shall not be employed in a job requiring contact with children under the age of 17; 6) The defendant shall not be involved in any children's or youth organization: and 7) The defendant shall participate in a sex offender treatment program to include psychological testing and polygraph examination. |

Type of Supervision: Supervised Release          Date Supervision Commenced: December 22, 2010

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

**The defendant shall pay the fine at the rate of $25.00 per month until such time as the Court may alter that payment schedule in the interests of justice. The United States Probation Office and United States Attorney's Office shall monitor the payment of fine and report to the Court any material change in the defendant's ability to pay.**

PROB 12B  
(SD/FL 9/96)  
SD/FL PACTS No. 90014

## CAUSE

The defendant was ordered to pay a fine in the amount of $2,000. A financial investigation was conducted to determine what amount the defendant could afford to pay monthly. The defendant reported the household income and expenses on a monthly basis. The information was compared to the documentation provided by the defendant and the expenses were adjusted accordingly. Based on this information, it was determined that the defendant will be able to pay $25.00 per month towards his fine.

The defendant was presented with this information and concurred with our assessment, consequently voluntarily signed the enclosed Waiver of Hearing to Modify Conditions of Supervised Release, thus establishing restitution at $25.00 per month commencing in November 2011, and every month thereafter.

**Recommendation:** As such, it is respectfully recommended that Your Honor modify the conditions of supervised release allowing the defendant to pay his fine at the rate of $25.00 per month.

Respectfully submitted,

by

Daniel Osking, Senior  
U.S. Probation Officer  
Phone: 772-467-2366  
Date: November 1, 2011

---

THE COURT ORDERS:

[X] The Modification of conditions as noted above  
[ ] Other: _____

_____  
Signature of Judicial Officer

November 4th, 2011  
Date