UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14053-CR-MOORE/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD ANTHONY GRANDE, JR.,

    Defendant.
_____/

**REPORT AND RECOMMENDATION ON VIOLATION NUMBERS 2 AND 3 OF THE PETITION FOR OFFENDER UNDER SUPERVISION**

**THIS CAUSE** having come before the Court for a final hearing on March 10, 2021 with respect to the Petition for Warrant or Summons for Offender under Supervision (the "Petition") (DE 33), and this Court having convened a hearing, recommends to the District Court as follows:

1.    Defendant appeared before this Court for a final hearing on the Petition. The hearing was convened via video teleconference on the Zoom platform. At the hearing's outset, Defendant was advised of his right to appear in person for the proceeding. Defendant acknowledged that he understands that right and, after consultation with counsel, agreed to waive that right and consented to have the hearing conducted through video teleconference. Defendant also acknowledged his signature on a written Consent to Appear by Video Teleconference Form that has been filed in the record in this case. Having discussed the matter with the Defendant, this Court finds that his waiver of in person appearance and consent to proceed through video teleconference is knowing and voluntary. The Court also finds, pursuant to the CARES Act, H.R.

788, and the Court's Administrative Orders In re: Coronavirus Public Emergency, that this hearing cannot be further delayed without serious harm to the interests of justice.

2. The Government indicated that it was proceeding on Violation Numbers 2 and 3. Violation Numbers 2 and 3 allege:

| | |
|---|---|
| **Violation Number 2** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On November 30, 2020; January 7 and January 13, 2021, the defendant submitted urine specimens which tested positive for the presence of marijuana in [Probation's] local laboratory; and was subsequently confirmed positive for the presence of marijuana by Alere Toxicology Services, Incorporated. |
| **Violation Number 3** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On January 19, 2021, the defendant submitted a urine specimen which tested positive for the presence of marijuana in [Probation's] local laboratory; and confirmation is pending by Alere Toxicology Services, Incorporated. |

3. The Government proceeded by proffer and United States Probation Officer Robert Tango testified. Based on that proffer and testimony, on or about December 22, 2010 Defendant was advised of the conditions of his supervised release, which included, *inter alia*, a prohibition on possession of controlled substances. Defendant acknowledged his understanding of the conditions of his supervision by signature on December 22, 2010. On or about November 30, 2020, January 7, 2021, January 13, 2021 and January 19, 2021, Defendant submitted urine specimens that tested positive for the presence of marijuana in probation's local laboratory. These tests were subsequently confirmed positive by Alere Toxicology Services.

4. The Defendant did not seek to cross-examine any witnesses. Defendant also did not present any witnesses or evidence.

5.      This Court has considered the Government's evidence, which was admitted without objection or cross-examination, and finds that it establishes by a preponderance of the evidence that the Defendant committed Violation Numbers 2 and 3. The Government indicated that it intends to dismiss Violation Numbers 1 and 4 at sentencing.

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant be found to have violated his supervised release with respect to Violation Numbers 2 and 3, and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this __10th__ day of March, 2021.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE